IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| GEORGE ALFORD FORD, | § § § § | |
| Petitioner, | | |
| VS. | § | NO. 4:06-CV-873-A |
| NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § § § § § § § | |
| Respondent. | § | |

## O R D E R

Came on for consideration the above-captioned action wherein George Alford Ford ("Ford") is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 29, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by June 19, 2007. The court subsequently extended Ford's deadline to file objections to July 26, 2007. Because timely objections have not been filed, the court accepts the proposed findings,

conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that Ford's petition be, and is hereby, denied.

SIGNED July 31, 2007.

_____
JOHN McBRYDE
United States District Judge